UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT L. REFIOR II, Personal
Representative for the Estate of
JOSHUA VAN SICKLE, Deceased,

       Plaintiff,

vs.

       Case No.1:17-cv-00976
       Hon.   Robert J. Jonker

EATON COUNTY, ET AL.

       Defendants.
_____/

Cynthia Heenan (P53664)
Hugh M. Davis (P12555)
Scott Mackela (P 74206)
Constitutional Litigation Associates, P.C.
*Attorneys for Plaintiff*
450 W. Fort Street, Suite 200
Detroit, Michigan 48226
(313) 961-2255/Fax:  (313) 922-5130
Heenan@ConLitPC.Com
Davis@ConLitPC.Com
Mackela@ConLitPC.Com
Info@ConLitPC.Com

James E. Tamm (P38154)
Michael Bonvolanta (P80038)
O'Connor De Grazia Tamm & O'Connor PC
*Attorney for John Malusek*
40701 Woodward Ave., Ste. 105
Bloomfield Hills, MI 48304-5078
(248) 433-2000/Fax: (248) 433-2001
jetamm@odtlegal.com

Andrew Brege (P71474)
Johnson Rosati Schultz & Joppich PC
*Attorney for Defendants Allan Coker, Todd Cole, Sarah Crowl, Nicholas Dowker, Eaton County, Dave Emerson, J. Haeck, Rob McCaleb, Jody Peterson, James Quigley and Nicole Wagner*
822 Centennial Way, Ste 270
Lansing, MI 48917
(517) 886-3800/Fax: (517) 886-9154
abrege@jrsjlaw.com

Allan C. Vander Laan (P33893)
Cummings, McClorey, Davis & Acho, PLC
*Attorney for Defendant Mike Smith*
2851 Charlevoix Drive SE, Suite 327
Grand Rapids, MI 49546
(616) 975-7470/Fax: (616) 975-7471
avanderlaan@cmda-law.com

Bradley C. Yanalunas (P80528)
Thomas DeGrood & Witenoff PC
*Co-Counsel for Defendant Mike Smith*
400 Galleria Officentre Ste 550, Southfield, MI 48034-2165
byanalunas@thomasdegrood.com

_____/

## NOTICE OF FACILITATOR CHOSEN

## NOTICE OF FACILITATOR CHOSEN

NOW COME the parties, jointly through counsel, and hereby choose

William W. Jack, Jr., Smith Haughey Rice & Roegge, as facilitator.

Respectfully submitted,

/s/Cynthia Heenan
**CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.**
Cynthia Heenan (P53664)
*Attorneys for Plaintiff*

/s/with permission of Andrew Brege
Andrew Brege (P71474)
*Attorney for Defendants Allan Coker, Todd Cole, Sarah Crowl, Nicholas Dowker, Eaton County, Dave Emerson, J. Haeck, Rob McCaleb, Jody Peterson, James Quigley and Nicole Wagner*

/s/with permission of Allan Vander Laan
Allan Vander Laan (P33893)
*Attorney for Defendant Mike Smith*

/s/with permission of Michael Bonvolanta
Allan Vander Laan (P33893)
*Attorney for Defendant John Malusek*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT L. REFIOR II, Personal
Representative for the Estate of
JOSHUA VAN SICKLE, Deceased,

        Plaintiff,

vs.

        Case No.1:17-cv-00976
        Hon.   Robert J. Jonker

EATON COUNTY, ET AL.

        Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 5/4/18, I electronically filed ***Notice of Jointly Chosen Facilitator*** along with this ***Certificate of Service*** with the Clerk of the Court for the Western District of Michigan using ECF system, which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing:

- **Andrew James Brege**
  abrege@jrsjlaw.com,mvanalstine@jrsjlaw.com
- **James L. Dyer**
  jdyer@jrsjlaw.com,mvanalstine@jrsjlaw.com
- **Cynthia Heenan**
  Info@ConLitPC.com
- **James E. Tamm**
  jetamm@odtlegal.com,cmrowland@odtlegal.com
- **Allan C. Vander Laan**
  avanderlaan@cmda-law.com,drosema@cmda-law.com,kmarsman@cmda-law.com
- **Bradley Charles Yanalunas**
  byanalunas@cmda-law.com,drosema@cmda-law.com,kmarsman@cmda-law.com

        _____*s/Jillian R. Rosati*_____
        Jillian R. Rosati

F:\Cases\VanSickle, Joshua\Pldgs\Notification of Facilitator Chosen (2018-05-04).docx